**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| ASSATA N. PETERSON, | ) | Case No. 16-13521-DER |
| | ) | (Chapter 7) |
| Debtor. | ) | |
| _____ | ) | |

### ORDER SETTING SUPPLEMENTAL BRIEFING SCHEDULE ON DEBTOR'S MOTION FOR DISGORGEMENT OF ATTORNEY'S FEES, ETC.

Now before the court for consideration is the Debtor's *Pro Se* Motion for Disgorgement of Attorney's Fees, Civil Penalties & Other Relief [Docket No. 109] (the "Motion"), in which the debtor, Assata N. Peterson (the "Debtor"), seeks entry of an order against Brett D. Weiss, Esq. and the law firm of Chung & Press, P.C. ("Chung & Press") that would, among other things, (i) require them to disgorge to the Debtor attorney's fees in the amount of $8,190.00, and (ii) determine that the conduct of Mr. Weiss should be reported to the Attorney Grievance Commission of Maryland. No opposition to the Motion has been filed.

Although Mr. Weiss was apparently affiliated with Chung & Press at the time this case was commenced, the court is uncertain about the current state of the relationship (if any) between Mr. Weiss and Chung & Press. It is not clear therefore that the Motion was served on Chung & Press as required by Bankruptcy Rules 7004 and 9014. In order to provide due process and to assist the court in deciding the potentially serous issues raised by the Motion, the court has determined that supplemental briefing is necessary and appropriate in this instance.

Accordingly, it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that to the extent Mr. Weiss or Chung & Press (or both of them) oppose the relief sought by the Debtor in the Motion, they shall file on or before October 10, 2019 a Memorandum together with such affidavits or other materials as may support their respective positions; and it is further,

**ORDERED**, that the Debtor may file on or before October 24, 2019 a Memorandum in further support of the Motion and in response to any such memoranda filed by Mr. Weiss or Chung & Press; and it is further,

**ORDERED**, that the court will determine after review of these supplemental memoranda and materials whether a hearing on the Motion is necessary or appropriate.

cc:   Brett D. Weiss, Esq
      6404 Ivy Lane, Suite 730
      Greenbelt, Maryland 20770

      Chung & Press, P.C.
      c/o Daniel M. Press, Esq.
      6718 Whittier Avenue, Suite 200
      McLean, Virginia 22101

      Ms. Assata N. Peterson
      10017 Ardenne Way
      Owings Mills, Maryland 21117

      Gerard R. Vetter, Esq.
      Assistant United States Trustee
      101 West Lombard Street, Suite 2625
      Baltimore, Maryland 21201

**-- END OF ORDER --**